FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 4 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z  DEPUTY

FILED
RECEIVED ___ LODGED
___ COPY

APR 2 8 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY AV _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| JAMES P. FLEMING, a individual,<br><br>                   Plaintiff,<br><br>v.<br><br>THE FORD MOTOR COMPANY, a Delaware corporation; BRIDGESTONE/FIRESTONE, an Ohio corporation formerly known as the FIRESTONE TIRE AND RUBBER COMPANY, INC., THE BRIDGESTONE CORPORATION, a Japanese corporation; FIRESTONE TIRE & SERVICE CENTER, a business entity; DOES 1-100,<br><br>                   Defendants. | No. CIV-04-111-PHX-SRB<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

1

--

Pursuant to Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based on Defendants' indication that they do not oppose the requested relief,

IT IS HEREBY ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissing the above-captioned cause, without prejudice, each party to bear their own attorney's fees and costs.

DONE THIS DATE: _____April 26, 2004_____

The Honorable Susan R. Bolton